SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01209−ER

HALE et al v. C.R. BARD. INC. et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 03/12/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**MARLA J. HALE** represented by **DANIEL N. GALLUCCI**
RODA &NAST PC
801 ESTELLE DRIVE
LANCASTER, PA 17601
717−892−3000
Email: dgallucci@rodanast.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TIM HALE** represented by **DANIEL N. GALLUCCI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. BARD. INC.** represented by **BARBARA K. GOTTHELF**
MCCARTER &ENGLISH
1735 MARKET STREET
SUITE 700
PHILADELPHIA, PA 19103
215−979−3836
Email: bgotthelf@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVOL, INC.** represented by **BARBARA K. GOTTHELF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2008 | " 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 946698.), filed by MARLA J. HALE, TIM HALE.(ks, ) (Entered: 03/12/2008) |

| | | |
|---|---|---|
| 03/12/2008 | " | Summons Issued as to C.R. BARD. INC., DAVOL, INC.. Forwarded To: Counsel on 3/12/08 (ks, ) (Entered: 03/12/2008) |
| 03/12/2008 | " | DEMAND for Trial by Jury by MARLA J. HALE, TIM HALE. (ks, ) (Entered: 03/12/2008) |
| 04/07/2008 | " 2 | SUMMONS Returned Executed by MARLA J. HALE and TIM HALE re: JAMES F. MALLINSON served Summons and Complaint upon DAVOL, INC. by PERSONAL SERVICE on 3/21/08, answer is due by 4/10/08. THOMAS CREAN, JR. served Summons and Complaint upon C.R. BARD. INC. by PERSONAL SERVICE on 3/20/2008, answer is due by 4/9/2008; (ah) (Entered: 04/07/2008) |
| 04/10/2008 | " 3 | ANSWER to 1 Complaint together with and Affirmative Defenses of Defendants C.R. Bard, Inc. and Davol Inc. by C.R. BARD. INC., DAVOL, INC..(GOTTHELF, BARBARA) (Entered: 04/10/2008) |
| 04/15/2008 | " 4 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by C.R. BARD. INC., DAVOL, INC..(GOTTHELF, BARBARA) (Entered: 04/15/2008) |
| 04/16/2008 | " 5 | NOTICE of Hearing: PRETRIAL CONFERENCE SET FOR 5/7/2008 12:00 PM IN JUDGE'S CHAMBERS, Room 11614, BEFORE HONORABLE EDUARDO C. ROBRENO.(to, ) (Entered: 04/16/2008) |
| 04/24/2008 | " 6 | Certified Copy of Order from The Judicial Panel on Multi−District Litigation transferring case to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings. (ah) (Entered: 04/25/2008) |